# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| JAMES ECKFORD, | ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 3:16-cv-00058-DLH |
| vs. | ) ) ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2016 Order.

November 2, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court